UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER CONANT FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, JAMES E. MEYER, and MICKIE ROSEN,<br><br>Defendants. | CASE NO.: 4:18-cv-07167-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 2, 4th Floor<br>Before: Hon. Haywood S. Gilliam Jr. |

Pursuant to the Stipulation to Continue the Initial Case Management Conference, it is hereby ordered that the Initial Case Management Conference is rescheduled for April 23, 2019 at 2:00 p.m.

Dated: February 5, 2019

The Honorable Haywood S. Gilliam Jr.
United States District Judge