**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (SBN 159936)
mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone:  (949) 975-0512
Fax: (949) 208-2839

**LIFSHITZ & MILLER LLP**
Joshua M. Lifshitz
jml@jlclasslaw.com
821 Franklin Ave., Suite 209
Garden City, NY 11530
Phone: (516) 493-9780
Fax: (516) 280-7376

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RAUL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER CONANT FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, JAMES E. MEYER, and MICKIE ROSEN, <br><br> Defendants, | Case No: 3:18-cv-07167 <br><br><br> **AMENDED NOTICE OF VOLUNTARY DISMISSAL** |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT on February 15, 2019, Plaintiff Jonathan Raul ("Plaintiff") filed his Notice of Voluntary Dismissal (Docket No. 12), which states that Plaintiff is dismissing his individual claims against Defendants *without* prejudice. This was incorrect.

Plaintiff hereby files this Amended Notice of Voluntary Dismissal, to voluntarily dismiss his individual claims *with* prejudice, and without prejudice as to the claims of the putative class.

Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 20, 2019                    Respectfully submitted,

                                            **REICH RADCLIFFE & HOOVER LLP**
                                            By: /s/ Adam T. Hoover
                                            Adam T. Hoover

                                            **LIFSHITZ & MILLER LLP**
                                            Joshua M. Lifshitz
                                            Attorneys for Plaintiff